CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 18 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE BRIDGES, ) | |
|     Petitioner, ) | Civil Action No. 7:07CV00490 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MS. KATHLEEN BASSETT, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; Bridges' motion for summary judgment (docket number 11) and any other pending motions are **DENIED**; and the petition for writ of habeas corpus filed by Bridges shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER:** This 18th day of March, 2008.

/s/ Glen Conrad
United States District Judge